No. 643. THOMPSON *v.* KAWASAKI KISEN, K. K., ET AL. C. A. 1st Cir. Motion of the American Trial Lawyers Association for leave to file brief, as *amicus curiae,* granted. Certiorari denied. *Eugene X. Giroux* for petitioner. *Seymour P. Edgerton* for Kawasaki Kisen, K. K., and *C. Keefe Hurley* for Bay State Stevedoring Co., respondents. *Harvey Goldstein* for American Trial Lawyers Association, as *amicus curiae,* in support of the petition. 

No. 647. SOUTH FLORIDA TELEVISION CORP. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *Scott W. Lucas* and *Joseph B. Friedman* for petitioner. *Solicitor General Marshall, Assistant Attorney General Turner, Lionel Kestenbaum* and *Henry Geller* for Federal Communications Commission, and *Robert A. Marmet, Edwin R. Schneider, Jr., Paul A. Porter* and *Reed Miller* for L. B. Wilson, Inc., respondents. 

No. 691. LIGGETT & MYERS TOBACCO CO. *v.* PRITCHARD, ADMINISTRATRIX. C. A. 3d Cir. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *Bethuel M. Webster, Donald J. Cohn, William H. Eckert* and *Francis K. Decker, Jr.,* for petitioner. *James E. McLaughlin* and *Charles Alan Wright* for respondent. 

No. 735. GAMBLE-SKOGMO, INC. *v.* WESTERN AUTO SUPPLY CO. ET AL. C. A. 8th Cir. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *Edward J. Callahan* for petitioner. *Hayner N. Larson* for respondents.